UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-24221-Civ-COOKE/GOODMAN

LUCERO MALONEY,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
<u>REPORT AND RECOMMENDATION</u>**

THIS MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and the Clerk's directive for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. *See* ECF No. 2. On June 29, 2020, Plaintiff filed a Motion for Summary Judgment. *See* ECF No. 20. On July 29, 2020, Defendant filed a combined Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment. *See* ECF Nos. 22 and 23. On February 13, 2021, Judge Goodman issued a Report recommending that the Court grant Plaintiff's summary judgment motion, deny the Commissioner's summary judgment motion, reverse the ALJ's decision, and remand this matter for further proceedings, pursuant to 42 U.S.C. § 405(g), with instructions to the ALJ to re-evaluate the evidence to determine whether good cause exists to discount Dr. Scudder's opinion and otherwise assess the evidence consistent with Judge Goodman's recommendations. *See* ECF No. 28. Defendant has not filed objections to Judge Goodman's Report and the time to do so has passed. Even so, the Court has reviewed the matter *de novo* and finds Judge Goodman's Report clear, cogent, and compelling.

Accordingly, the Court **AFFIRMS and ADOPTS** Judge Goodman's Report (ECF No. 28), **GRANTS** Plaintiff's Motion for Summary Judgment (ECF No. 20), and **DENIES** Defendant's Motion for Summary Judgment (ECF No. 22). The Court further **REMANDS** this matter to the ALJ to re-evaluate the evidence to determine whether good cause exists to

discount Dr. Scudder's opinion and otherwise assess the evidence consistent with Judge Goodman's recommendations. *See* ECF No. 28. In the interim, the Clerk is directed to **CLOSE** this case solely for administrative purposes. All pending motions, if any, are **DENIED** as moot.

    **DONE and ORDERED** in Chambers, at Miami, Florida this 12th day of March 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*